UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROSALIE K. BLADZIK,                    Case No. 17-cv-559-pp

        Plaintiff,

  and

COMMERCE AND INDUSTRY INSURANCE
COMPANY, a foreign insurance corporation, and
BLUE CROSS & BLUE SHIELD OF NORTH
CAROLINA, a foreign insurance corporation,

        Involuntary Plaintiffs,

  v.

GREAT WEST CASUALTY COMPANY, a foreign
insurance corporation, KOLEASECO, INC.,
KOLEASECO LOGISTICS, INC.,
KOLEASECO LEASING, LLC, ABC COMPANY, the
fictitious name for an unknown company or corporation,
and MICHAEL R. CONN,

        Defendants.

---

**ORDER APPROVING STIPULATION FOR DISTRIBUTION OF SETTLEMENT
PROCEEDS UNDER WIS. STAT. §102.29, AND FOR DISMISSAL OF CASE
(DKT. NO. 29), AND DISMISSING CASE**

---

On February 12, 2018, the plaintiff filed a stipulation, signed by both

parties, indicating that they had settled the case. Dkt. No. 29. The parties

agreed that under Wis. Stat. §102.29, the settlement proceeds should be

distributed as described in the stipulation, and that the court could approve

that distribution. Id. at 2. The parties also agreed that the court could dismiss

all claims on their merits, with prejudice and without costs to any party. Id.

The court **APPROVES** the stipulation. Dkt. No. 29. The court **ORDERS** that, under Wis. Stat. §102.29, the parties' total settlement of $82,500.00 shall be distributed as follows:

| | | |
|---|---|---|
| a. | Cannon and Dunphy, S.C. (for attorney fees): | $27,500.00 |
| b. | Cannon and Dunphy, S.C. (for costs): | $2,052.70 |
| c. | Rosalie Bladzik (1/3 of $52,947.30): | $17,649.10 |
| d. | Commerce and Industry Insurance Company: | $30,751.07 |
| e. | The Rawlings Company (for Blue Cross & Blue Shield of North Carolina): | $205.45 |
| f. | Rosalie Bladzik (§102.29 remainder, which shall constitute a cushion or credit against any additional claim under workers' compensation) | $4,341.68 |

TOTAL: $82,500.00

The court **APPROVES** the foregoing distribution of proceeds under the provisions of Wis. Stat. §102.29.

The court **ORDERS** that all claims and causes of action set forth in the second amended complaint by the plaintiff against the defendants, together with all claims and causes of action held by the involuntary plaintiffs against the defendants, are **DISMISSED**, with prejudice and without further costs to any of the parties.

Dated in Milwaukee, Wisconsin this 1st day of March, 2018.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**